UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-21182-Civ-TORRES

CONSENT CASE

TRIPLECHECK, INC., d/b/a SEA TOW MIAMI,

    Plaintiff,

vs.

CREOLE YACHT CHARTERS LIMITED, in personam, and M/Y ANACONDA S, British Registry No. 725893, its engines, equipment, boats, machinery, furnishings, apparel and appurtenances, etc. in rem,

    Defendants
_____/

## ORDER SETTING HEARING

This cause comes before the Court on Defendant's Motion for Leave to Disclose Expert Witnesses, [D.E. 71], Plaintiff's Motion to Stay Litigation and Compel Arbitration [D.E. 72], Defendant's Motion to Strike Affidavit of Timothy O'Hare [D.E. 74] and Defendant's Motion for Leave to File Counterclaim [D.E. 81-1].

It is hereby **ORDERED** as follows:

1.    A hearing on these pending motions will be held on Friday, December 1, 2006, at 1:00 p.m., in the David W. Dyer Building at 300 N.E. First Avenue, Miami, Florida, 33132. The courtroom is subject to change; the parties should contact chambers staff at (305) 523 5750 or court security at the entrance to the Dyer Building on December 1st to ascertain where the hearing will be held.

      2.      Plaintiff shall respond to Defendant's Motion for Leave to File Counterclaim by November 17, 2006, and Defendant's reply shall be filed by November 27, 2006.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 14th day of November, 2006.

_____
EDWIN G. TORRES
United States Magistrate Judge

Copies provided to:
All counsel of record