**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 05-21182-CIV-TORRES

CONSENT CASE

TRIPLECHECK, INC.,
d/b/a SEA TOW MIAMI,

    Plaintiff,

vs.

CREOLE YACHT CHARTERS LIMITED,
in personam, and M/Y ANACONDA S,
British Registry No. 725893, its engines,
equipment, boats, machinery, furnishings,
apparel and appurtenances, etc. in rem,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

This matter is before the Court on the parties' Stipulation of Settlement and Joint Motion for Dismissal and Order of Dismissal with Prejudice [D.E. 91].  Upon review of the parties' Stipulation and record in this case,

It is hereby **ORDERED AND ADJUDGED** as follows:

1. Pursuant to Fed. R. Civ. P. 41, the parties' Stipulation is **APPROVED** and this action in its entirety is hereby **DISMISSED WITH PREJUDICE**.

2. All pending motions are hereby **DENIED AS MOOT**.

3. The Court reserves jurisdiction only for purposes of enforcing the parties' settlement agreement.

4. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of May 2007.

<u>*/s Edwin G. Torres*</u>
EDWIN G. TORRES
United States Magistrate Judge